1  MICHAEL A. BOSWELL, ESQ. SBN 198994
2  MBoswell@Bates-Bates.com
   ANDREA E BATES, ESQ. SBN 192491
3  Abates@Bates-Bates.com
   BATES & BATES, LLC          NOTE: CHANGES MADE BY THE COURT
4  964 DeKalb Avenue, Suite 101
5  Atlanta, Georgia 30307
   Phone (866)701-0404
6  Fax     (404)963-6231

7
   Attorneys for
8  Plaintiff
   E.I. du Pont de Nemours and Company
9

10          UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
11

12  E.I. DU PONT DE NEMOURS AND        )  Case No.  SACV10-01394 CJC(MLGx)
    COMPANY, a Delaware corporation,   )
13                                     )  [~~PROPOSED~~] PERMANENT
                                       )  INJUNCTION
              Plaintiff,               )
14                                     )
15  vs.                                )
                                       )
16                                     )
    TROPIC SHIELD INC., a suspended    )
17  California corporation; TROPIC SHIELD )
    WAX SYSTEMS, a suspended California )
18  corporation; ADVANCED             )
    APPEARANCE PROTECTION, LLC, a     )
19  California limited liability company; )
    LARRY LUMIA, an individual; and    )
20  DOES 1 through 100,               )
                                       )
21                                     )
              Defendants,              )
22                                     )
                                       )
23                                     )
                                       )
24                                     )
                                       )
25                                     )
                                       )
26                                     )
                                       )
27                                     )

28

---

- 1 -
[~~PROPOSED~~] PERMANENT INJUNCTION

THIS MATTER having come before the Court upon Plaintiff, E.I. DU PONT DE NEMOURS AND COMPANY'S ("DUPONT" or "Plaintiff") Motion for Default Judgment against Defendants TROPIC SHIELD, INC., TROPIC SHIELD WAX SYSTEMS, and ADVANCED APPEARANCE PROTECTION, LLC (collectively "Defendants"), the Court having GRANTED the Motion, does hereby:

ORDER AND ADJUDGE that  Defendant TROPIC SHIELD, INC., a suspended California corporation, Defendant TROPIC SHIELD WAX SYSTEMS, a suspended California corporation, and Defendant ADVANCED APPEARANCE PROTECTION, LLC, a California limited liability corporation, and their officers, directors, members, principals, agents, servants, affiliates, employees, attorneys, representatives, successors and assigns, and all those in privity or acting in concert or participation with defendants, and each and all of them, be permanently enjoined and restricted from directly or indirectly:

(a)     claiming or representing that any products and/or services sold by defendants contains genuine TEFLON® fluoropolymer products;

(b)     using, in any manner, or holding itself out as having rights to use, the TEFLON® Mark or any other name, mark or design confusingly similar to the TEFLON® Mark;

(c)     selling, offering for sale, promoting, advertising, distributing or providing or offering to provide any goods or services in conjunction with the TEFLON® Mark or any other name, mark or design confusingly similar to the TEFLON® Mark in conjunction with any product or service;

1    (d)    engaging in any course of conduct likely to cause confusion, deception

2  or mistake or injure plaintiff's business reputation or dilute the TEFLON® Mark or

3

4  appropriate the good will and reputation of said mark or lead to the passing off of defendants'

5  products and services as TEFLON® products and services; and

6    (e)    effecting any assignments or transfers, forming new entities or

7  associations or utilizing any other device for purposes of circumventing or otherwise avoiding

8  the prohibitions set forth above.

9

10

11

12    IT IS SO ORDERED

13

14

15    Dated: March 14, 2011

16

17    _____

18    Hon. Cormac J. Carney
      Judge
      United States District Court

19

20

21

22

23

24

25

26

27

28